UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR206-11 |
| ) | |
| STEPHEN JAMES STIMSON   ) | |

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses the Information filed on February 27, 2006 in the above captioned case.

LISA GODBEY WOOD
UNITED STATES ATTORNEY

M. S. BREWEN
LT, JAGC, USNR
Special Assistant
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal this ___ day of _____, 2006.

HONORABLE ANTHONY A. ALAIMO
U. S. District Judge